Gillman, Bruton & Capone, LLC
770 Amboy Avenue
Edison, New Jersey 08837
Phone (732) 661-1664
Attorney for Debtors
By: Justin M. Gillman, Esq.

**Order Filed on June 12, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re:<br><br>Guillermo Aguilar<br><br>Debtor(s). | Chapter:    13<br><br>Case No.:    18-24224<br><br>Hearing Date: 5/22/2019<br><br>Judge: Hon. Stacey L. Meisel, U.S.B.J. |
|---|---|

### ORDER MODIFYING THE PROOF OF CLAIM OF THE INTERNAL REVENUE SERVICE (CLAIM NO. 1)

The relief set forth on the following pages, numbers two (2) through two (2) is hereby

ORDERED.

**DATED: June 12, 2019**

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

In Re: Aguilar
Case No: 18-24223

THIS MATTER having come before the Court by way of the Debtor's Motion to Modify the Claim of the Internal Revenue Service ("IRS") (Claim No. 1); Justin M. Gillman, Esq., appearing for the Debtor; and Notice of the within Motion having been given and Parties having been given timely Notice of the motion, and the Court having considered the submissions to it; and for Good Cause Shown;

IT IS ORDERED as follows:

1. That the claim of the IRS (Claim No. 1) is amended to reflect the Debtor is held to be current in the filing of all personal income tax returns through the year 2017.

2. That the IRS shall file an amended claim reflecting any liabilities owed pursuant to the Debtor's tax returns provided.  Any amounts determined to be owed shall be paid through the Chapter 13 Plan.