

**Order Filed on June 12, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Guillermo P Aguilar | Case No.:   __18-24224 (SLM)__<br><br>Chapter:   __13__<br><br>Hearing Date:   _____<br><br>Judge:   __Stacey L. Meisel__ |

## ORDER VACATING
## __ORDER MODIFYING CLAIM OF STATE OF NEW JERSEY__

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 12, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The Court on its own motion finds that the:

## ORDER MODIFYING CLAIM OF STATE OF NEW JERSEY

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated _____June 5, 2019_____, be and the same is hereby vacated.

*revised 2/25/14*