Gillman, Bruton & Capone, LLC
770 Amboy Avenue
Edison, New Jersey 08837
Phone (732) 661-1664
Attorney for Debtors
By: Justin M. Gillman, Esq.

**Order Filed on June 12, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:

Guillermo Aguilar

Debtor(s).

Chapter:    13

Case No.:    18-24224

Hearing Date: 5/22/2019

Judge: Hon. Stacey L. Meisel, U.S.B.J.

### ORDER MODIFYING THE PROOF OF CLAIM OF THE INTERNAL REVENUE SERVICE (CLAIM NO. 1)

The relief set forth on the following pages, numbers two (2) through two (2) is hereby

ORDERED.

**DATED: June 12, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

In Re: Aguilar
Case No: 18-24223

THIS MATTER having come before the Court by way of the Debtor's Motion to Modify the Claim of the Internal Revenue Service ("IRS") (Claim No. 1); Justin M. Gillman, Esq., appearing for the Debtor; and Notice of the within Motion having been given and Parties having been given timely Notice of the motion, and the Court having considered the submissions to it; and for Good Cause Shown;

IT IS ORDERED as follows:

1.  That the claim of the IRS (Claim No. 1) is amended to reflect the Debtor is held to be current in the filing of all personal income tax returns through the year 2017.

2.  That the IRS shall file an amended claim reflecting any liabilities owed pursuant to the Debtor's tax returns provided.  Any amounts determined to be owed shall be paid through the Chapter 13 Plan.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-24224-SLM
Guillermo P Aguilar                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1              Date Rcvd: Jun 13, 2019
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2019.
db              +Guillermo P Aguilar,    431 East 6th Avenue,    Roselle, NJ 07203-2252

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for
               Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under
               the laws of the United States of America cmecf@sternlav.com
              Justin M Gillman    on behalf of Debtor Guillermo P Aguilar ecf@gbclawgroup.com,
               5326@notices.nextchapterbk.com,e4eaf5f23@maildrop.clio.com
              Maria Cozzini    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               mcozzini@sternlav.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7