Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−24224−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Guillermo P Aguilar
   431 East 6th Avenue
   Roselle, NJ 07203

Social Security No.:
   xxx−xx−8636

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 8/10/18 and a confirmation hearing on such Plan has been scheduled for 9/26/18 @ 9:00 a.m..

The debtor filed a Modified Plan on 8/7/19 and a confirmation hearing on the Modified Plan is scheduled for 9/11/19 @ 8:30 a.m.. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: August 9, 2019
JAN: smz

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 18-24224-SLM
Guillermo P Aguilar                                                      Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 3           Date Rcvd: Aug 09, 2019
                            Form ID: 186             Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2019.
```
db          +Guillermo P Aguilar,    431 East 6th Avenue,    Roselle, NJ 07203-2252
cr          +Nationstar Mortgage LLC d/b/a Mr. Cooper as servic,     Stern Lavinthal and Frankenberg,
              105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
cr          +Seterus, Inc., as authorized sub-servicer for Fede,     Stern, Lavinthal & Frankenberg, LLC,
              105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
517647805   +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
517647804   +Amex,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
517647807   +Amex/Bankruptcy,    9111 Duke Blvd,    Mason, OH 45040-8999
517647806   +Amex/Bankruptcy,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
517647808   +At&T Universal Citi Card,    Po Box 6500,    Sioux Falls, SD 57117-6500
517647809   +At&T Universal Citi Card,    Po Box 6241,    Sioux Falls, SD 57117-6241
517647810  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America,     Attn: Bankruptcy,    Po Box 982238,
              El Paso, TX 79998)
517705669   +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517647817   +Capital One / Saks F,    3455 Highway 80 W,    Jackson, MS 39209-7202
517647818   +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517647819   +Chase Card Services,    Po Box 15298,    Wilmington, DE 19850-5298
517647821   +Citibank/Sears,    Po Box 6282,    Sioux Falls, SD 57117-6282
517647820   +Citibank/Sears,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
517647823    Citicards Cbna,    Credit Bureau Dispute Unit,    Sioux Falls, SD 57117
517647822   +Citicards Cbna,    Citi Bank,   Po Box 6077,    Sioux Falls, SD 57117-6077
517697444   +Eduvijes M Aguilar,    431 E 6th Ave.,    Roselle, NJ 07203-2252
517647828    Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
517647829   +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
518299325   +Nationstar Mortgage LLC d/b/a Mr. Cooper,     P.O. Box 619094,    Dallas, TX 75261-9094
518299326   +Nationstar Mortgage LLC d/b/a Mr. Cooper,     P.O. Box 619094,    Dallas, TX 75261-9741,
              Nationstar Mortgage LLC d/b/a Mr. Cooper,     P.O. Box 619094,    Dallas, TX 75261-9094
517647834  ++SETERUS INC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: Seterus, Inc.,     14523 Sw Millikan Way St,    Beaverton, OR 97005)
517781932  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,     Department of Treasury,
              Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
517647833   #+Seterus, Inc.,    Attn: Bankruptcy,    Po Box 1077,    Hartford, CT 06143-1077
517647835   +State of New Jersey Division of Taxation,     Revenue Processing Center,    PO Box 111,
              Trenton, NJ 08645-0111
517647836   +Stern, Lavinthal & Frankenberg, LLC,     105 Eisenhower Parkway,    Suite 302,
              Roseland, NJ 07068-1640
517647838   +Suntrust Bank,    1001 Semmes Ave,    Richmond, VA 23224-2245
517647837   +Suntrust Bank,    Attn: Bankruptcy,    Po Box 85092 Mc Va-Wmrk-7952,    Richmond, VA 23285-5092
517647854    TransUnion,    P.O. Box 2000,    Crum Lynne, PA 19022
517647855   +Union County Sheriff,    10 Elizabethtown Plaza,    First Floor,    Elizabeth, NJ 07202-3451
517647857   +Visa Dept Store National Bank/Macy's,     Po Box 8218,    Mason, OH 45040-8218
517647856   +Visa Dept Store National Bank/Macy's,     Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
517647858  ++WELLS FARGO BANK NA,    1 HOME CAMPUS,    MAC X2303-01A,    DES MOINES IA 50328-0001
             (address filed with court: Wells Fargo Bank,     Attn: Bankruptcy Dept,    Po Box 6429,
              Greenville, SC 29606)
517647861   +Wells Fargo Bank,    Po Box 3117,    Winston Salem, NC 27102-3117
517647860   +Wells Fargo Bank,    Po Box 31557,    Billings, MT 59107-1557
517697446    Wells Fargo Bank, N.A.,    1000 Blue Gentian Road N9286-01Y,     Eagan, MN 55121-7700
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Aug 10 2019 01:15:54     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 10 2019 01:15:49      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517647815   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 10 2019 01:22:17      Capital One,
              Po Box 30253,    Salt Lake City, UT 84130-0253
517647814   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 10 2019 01:23:04      Capital One,
              Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517647816   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 10 2019 01:22:17      Capital One / Saks F,
              Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517647824   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 10 2019 01:15:30      Comenity Bank/fortunof,
              Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
517647825   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 10 2019 01:15:30      Comenity Bank/fortunof,
              Po Box 182789,    Columbus, OH 43218-2789
517647827    E-mail/Text: mrdiscen@discover.com Aug 10 2019 01:13:59     Discover Financial,    Po Box 15316,
              Wilmington, DE 19850
517647826   +E-mail/Text: mrdiscen@discover.com Aug 10 2019 01:13:59     Discover Financial,    Po Box 3025,
              New Albany, OH 43054-3025
517647830    E-mail/Text: cio.bncmail@irs.gov Aug 10 2019 01:14:59     Internal Revenue Service (IRS),
              Department of Treasury,    P.O. Box 7346,    Philadelphia, PA 19101-7346
```

```
District/off: 0312-2          User: admin              Page 2 of 3              Date Rcvd: Aug 09, 2019
                              Form ID: 186             Total Noticed: 64


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517647831      +E-mail/Text: bncnotices@becket-lee.com Aug 10 2019 01:14:24      Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
517647832      +E-mail/Text: bncnotices@becket-lee.com Aug 10 2019 01:14:25      Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
517647841      +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2019 01:22:08        Syncb/Lord & Taylor,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517647842      +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2019 01:22:11        Syncb/Lord & Taylor,
                 Po Box 965015,    Orlando, FL 32896-5015
517647839      +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2019 01:22:09        Syncb/lenscrafters,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517647840      +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2019 01:21:28        Syncb/lenscrafters,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
517647843      +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2019 01:22:09        Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517647845      +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2019 01:22:09        Synchrony Bank/ JC Penneys,
                 Po Box 965007,    Orlando, FL 32896-5007
517647847      +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2019 01:21:28        Synchrony Bank/ Old Navy,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517647848      +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2019 01:22:09        Synchrony Bank/ Old Navy,
                 Po Box 965005,    Orlando, FL 32896-5005
517647849      +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2019 01:22:09        Synchrony Bank/Gap,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517647850      +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2019 01:21:28        Synchrony Bank/Gap,
                 Po Box 965005,    Orlando, FL 32896-5005
517647851      +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2019 01:21:28        Synchrony Bank/Lowes,
                 Po Box 965005,    Orlando, FL 32896-5005
517647852      +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2019 01:21:28        Synchrony Bank/PC Richard,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517647853      +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2019 01:21:28        Synchrony Bank/PC Richard,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
517757245      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 10 2019 01:40:43        Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 26

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517647811*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998)
517647812*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Po Box 982238,    El Paso, TX 79998)
517647813*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Po Box 982238,    El Paso, TX 79998)
517743193*     ++SETERUS INC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Seterus, Inc.,     P.O. Box 1047,    Hartford, CT 06143)
517647844*      +Synchrony Bank/ JC Penneys,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517647846*      +Synchrony Bank/ JC Penneys,    Po Box 965007,    Orlando, FL 32896-5007
517647859*     ++WELLS FARGO BANK NA,    1 HOME CAMPUS,    MAC X2303-01A,    DES MOINES IA 50328-0001
                 (address filed with court: Wells Fargo Bank,    Attn: Bankruptcy Dept,    Po Box 6429,
                 Greenville, SC 29606)
                                                                                      TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2019                                  Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 3 of 3            Date Rcvd: Aug 09, 2019
                              Form ID: 186             Total Noticed: 64
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for
               Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under
               the laws of the United States of America cmecf@sternlav.com
              Justin M Gillman    on behalf of Debtor Guillermo P Aguilar ecf@gbclawgroup.com,
               5326@notices.nextchapterbk.com,e4eaf5f23@maildrop.clio.com
              Maria   Cozzini    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for
               Federal National Mortgage Association mcozzini@sternlav.com
              Maria   Cozzini    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               mcozzini@sternlav.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               NJ_ECF_Notices@mccalla.com
              Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 9
```