| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>STERN, LAVINTHAL & FRANKENBERG, LLC<br>105 Eisenhower Parkway, Suite 302<br>Roseland, NJ 07068<br>Phone: (973) 797-1100<br>Fax: (973) 228-2679<br>Attorney for Secured Creditor,<br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>By Maria Cozzini, Esq. |
| In Re:<br><br>**Guillermo P Aguilar**<br><br>        Debtor(s). |

Order Filed on September 4, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey

Case No.: 18-24224-SLM

Chapter: 13

Hearing Date: August 14, 2019

Judge: Stacey L. Meisel

# ORDER RESOLVING MOTION TO VACATE STAY WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**

**DATED: September 4, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page | 2
Debtor: Guillermo P Aguilar
Case No: 18-24224-SLM
Caption: Order Resolving Motion to Vacate Stay with Conditions

| | |
|---|---|
| Applicant: | Nationstar Mortgage LLC |
| Applicant's Counsel: | Stern Lavinthal & Frankenberg, LLC |
| Debtor's Counsel: | Justin M Gillman, Esq. |
| Property Involved ("Collateral"): | 431 East 6th Avenue, Roselle, NJ 07203 |

Relief sought:
- ✓ Motion for relief from the automatic stay
-   Motion to dismiss
-   Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   - The Debtor is overdue for 4 months, from 04/01/2019 to 07/01/2019.

   - The Debtor is overdue for 4 payments at $1,170.72 per month.

   - Less Funds held in debtor(s) suspense $5.65

   Total Arrearages Due $4,677.23.

2. Debtor must cure all post-petition arrearages, as follows:

   - Immediate payment shall be made in the amount of $1,170.72 to satisfy August 1, 2019 payment. Payment shall be made no later than August 31, 2019.
   - Beginning on September 1, 2019, regular monthly mortgage payments shall continue to be made in the amount $1,170.72.
   - Beginning on September 1, 2019, additional monthly cure payments shall be made in the amount of $779.54 for 5 months.
   - Beginning on February 1, 2020, additional monthly cure payments shall be made in the amount of $779.53 for 1 month.

Case 18-24224-SLM    Doc 42    Filed 09/04/19    Entered 09/06/19 17:58:39    Desc Main
Document    Page 3 of 3

Page | 3
Debtor: Guillermo P Aguilar
Case No: 18-24224-SLM
Caption: Order Resolving Motion to Vacate Stay with Conditions

3. Payments to the Secured Creditor shall be made to the following address(es):

   ✓ Immediate payment:    Nationstar Mortgage LLC
                           P.O. Box 619094
                           Dallas, TX 75261-9741

   ✓ Regular monthly payment:    Nationstar Mortgage, LLC
                                 P.O. Box 619094
                                 Dallas, TX 75261-9741

   ✓ Monthly cure payment:    Nationstar Mortgage, LLC
                              P.O. Box 619094
                              Dallas, TX 75261-9741

4. In the event of Default:

   ✓ If the Debtors fail to make the immediate payment specified above or fail to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' attorney.

   If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorneys' Fees:

   ✓ The Applicant is awarded attorneys fees of $350.00, and costs of $181.00.
     The fees and costs are payable:
   ✓ through the Chapter 13 plan.
     to the Secured Creditor within _____ days.
     Attorneys' fees are not awarded.