Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18–24224–SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Guillermo P Aguilar
  431 East 6th Avenue
  Roselle, NJ 07203
Social Security No.:
  xxx–xx–8636
Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 1/8/20 at 10:00 AM

to consider and act upon the following:

*48* – Creditor's Certification of Default filed by Maria Cozzini on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper. Objection deadline is 12/6/2019. (Cozzini, Maria)

*49* – Certification in Opposition to (related document:48 Creditor's Certification of Default filed by Maria Cozzini on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper. Objection deadline is 12/6/2019. filed by Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper) filed by Justin M Gillman on behalf of Guillermo P Aguilar. (Gillman, Justin)

Dated: 12/9/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court