**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

**Order Filed on February 28, 2020**
**by Clerk,**
**U.S. Bankruptcy Court**
**District of New Jersey**

IN RE:

    GUILLERMO P AGUILAR

Case No.:  18-24224

Judge:  STACEY L. MEISEL

### ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: February 28, 2020**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  GUILLERMO P AGUILAR


Case No.:  18-24224SLM

Caption of Order:  Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

ORDERED, that the claim of WELLS FARGO OPERATIONS CENTER, Court Claim Number 2, be

reduced to  amount paid to date through the plan by the Standing Trustee.