| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on February 28, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>   GUILLERMO P AGUILAR | Case No.:  18-24224<br><br>Judge:  STACEY L. MEISEL |

### ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: February 28, 2020**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  GUILLERMO P AGUILAR

Case No.:  18-24224SLM

Caption of Order:  Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

ORDERED, that the claim of WELLS FARGO OPERATIONS CENTER, Court Claim Number 2, be reduced to  amount paid to date through the plan by the Standing Trustee.

```
                        United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                              Case No. 18-24224-SLM
Guillermo P Aguilar                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0312-2         User: admin              Page 1 of 1          Date Rcvd: Mar 02, 2020
                             Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2020.
db              +Guillermo P Aguilar,    431 East 6th Avenue,    Roselle, NJ 07203-2252

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               cmecf@sternlav.com
              Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for
               Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under
               the laws of the United States of America cmecf@sternlav.com
              Justin M Gillman    on behalf of Debtor Guillermo P Aguilar ecf@gbclawgroup.com,
               R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com
              Maria  Cozzini    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               mcozzini@sternlav.com
              Maria  Cozzini    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for
               Federal National Mortgage Association mcozzini@sternlav.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               NJ_ECF_Notices@mccalla.com
              Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 10