| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Friedman Vartolo LLP<br>85 Broad Street- Suite 501<br>New York, New York 10004<br>bankruptcy@friedmanvartolo.com<br>T: (212) 471-5100<br>F: (212) 471-5150<br>Attorneys for Secured Creditor AMIP Management as servicer for Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-E | Order Filed on April 29, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 18-24224-SLM<br><br>Chapter: 13<br><br>Hon. Judge:<br>Stacey L. Meisel |
| In Re:<br><br>Guillermo P Aguilar<br><br>Debtor | |

## ORDER RESOLVING MOTION TO VACATE STAY

The order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: April 29, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | AMIP Management |
| Applicant's Counsel: | Friedman Vartolo LLP |
| Debtor's Counsel: | Justin M Gillman |
| Property (Collateral): | 431 East 6th Avenue , Roselle, NJ 07203 |

Relief Sought:
- Relief from Automatic Stay

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of Post-Petition Arrearages:

- The Debtor is overdue for **5** months, from **November 1, 2019** to **March 1, 2020**.
- The Debtor is overdue for **5** payments at **$1,166.47** per month.

    Total Arrearages Due: **$5,832.35**

2. Cure for Post-Petition Arrearages:

- Immediate payment shall be made in the amount of **$832.35**. Payment shall be made no later than **April 15, 2020**.
- Beginning on **April 1, 2020**, additional monthly cure payments shall be made in the amount of **$1,000.00** for **5** months.
- Beginning on **April 1, 2020**, regular monthly payments shall resume in the amount of **$1,235.33**, or as further defined by the terms of the Note, Mortgage, or any payment change notices.

3. Payments to the Secured Creditor shall be made to the following address:

- Payments:    FCI Lender Services
    P. O. Box 27370
    Anaheim Hills, CA 92809-0112

In the event of default:

If the Debtor(s) fails to make the immediate payment specified above, or fails to make the regular monthly payments, or fails to make the additional monthly cure payments within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, Certification specifying the Debtor(s)'s failure to comply with this Order. At the time the

Certification is filed with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor(s), and the Debtor(s)'s Attorney.

4. Award of Attorney's Fees:

- The Applicant is awarded Attorney's Fees in the amount of **$350.00** and Attorney's Costs in the amount of **$181.00**. The fees and costs are payable through the Chapter 13 Plan.