UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Friedman Vartolo LLP
85 Broad Street- Suite 501
New York, New York 10004
bankruptcy@friedmanvartolo.com
T: (212) 471-5100
F: (212) 471-5150
Attorneys for Secured Creditor AMIP Management as servicer for Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-E

Order Filed on April 29, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-24224-SLM

Chapter: 13

Hon. Judge:
Stacey L. Meisel

In Re:

Guillermo P Aguilar

Debtor

## ORDER RESOLVING MOTION TO VACATE STAY

The order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: April 29, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

|  |  |
|---|---|
| Applicant: | AMIP Management |
| Applicant's Counsel: | Friedman Vartolo LLP |
| Debtor's Counsel: | Justin M Gillman |
| Property (Collateral): | 431 East 6th Avenue , Roselle, NJ 07203 |

Relief Sought:
- Relief from Automatic Stay

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of Post-Petition Arrearages:

- The Debtor is overdue for **5** months, from **November 1, 2019** to **March 1, 2020**.
- The Debtor is overdue for **5** payments at **$1,166.47** per month.

    Total Arrearages Due: **$5,832.35**

2. Cure for Post-Petition Arrearages:

- Immediate payment shall be made in the amount of **$832.35**. Payment shall be made no later than **April 15, 2020**.
- Beginning on **April 1, 2020**, additional monthly cure payments shall be made in the amount of **$1,000.00** for **5** months.
- Beginning on **April 1, 2020**, regular monthly payments shall resume in the amount of **$1,235.33**, or as further defined by the terms of the Note, Mortgage, or any payment change notices.

3. Payments to the Secured Creditor shall be made to the following address:

- Payments:    FCI Lender Services
               P. O. Box 27370
               Anaheim Hills, CA 92809-0112

In the event of default:

If the Debtor(s) fails to make the immediate payment specified above, or fails to make the regular monthly payments, or fails to make the additional monthly cure payments within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, Certification specifying the Debtor(s)'s failure to comply with this Order. At the time the

Certification is filed with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor(s), and the Debtor(s)'s Attorney.

4. Award of Attorney's Fees:

- The Applicant is awarded Attorney's Fees in the amount of **$350.00** and Attorney's Costs in the amount of **$181.00**. The fees and costs are payable through the Chapter 13 Plan.

United States Bankruptcy Court
District of New Jersey

In re:  
Guillermo P Aguilar  
       Debtor

Case No. 18-24224-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin               Page 1 of 1              Date Rcvd: Apr 29, 2020
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2020.
db              +Guillermo P Aguilar,    431 East 6th Avenue,    Roselle, NJ 07203-2252

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2020 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
       dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
       cmecf@sternlav.com
      Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for
       Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under
       the laws of the United States of America cmecf@sternlav.com
      Jonathan C. Schwalb    on behalf of Creditor    AMIP Management as servicer for Wilmington Savings
       Fund Society, FSB as Owner Trustee of the Residential Credit Opportunities Trust V-E
       bankruptcy@friedmanvartolo.com
      Justin M Gillman    on behalf of Debtor Guillermo P Aguilar ecf@gbclawgroup.com,
       R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com
      Maria Cozzini    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
       mcozzini@sternlav.com
      Maria Cozzini    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for
       Federal National Mortgage Association mcozzini@sternlav.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
       NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com
      Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
       rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                           TOTAL: 11