UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
Attorneys for AMIP Management as servicer for Wilmington Savings Fund Society, FSB as Owner Trustee of the Residential Credit Opportunities Trust V-E
P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

IN RE:

Guillermo P Aguilar

Debtor

**Order Filed on June 3, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

CASE NO.: 18-24224-SLM

CHAPTER: 13

HON. JUDGE.:
Stacey L. Meisel

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: June 3, 2020**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the motion of AMIP Management as servicer for Wilmington Savings Fund Society, FSB as Owner Trustee of the Residential Credit Opportunities Trust V-E, on behalf of its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant") under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

[x] Real property commonly known and more fully described as: 431 East 6th Avenue, Roselle, NJ 07203

**ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversation to any other chapter of the Bankruptcy Code; and it is further

**ORDERED**, that the stay afforded by 11 U.S.C. §362(a) be, and is hereby, modified to permit AMIP Management as servicer for Wilmington Savings Fund Society, FSB as Owner Trustee of the Residential Credit Opportunities Trust V-E, it's successors and/or assigns, to pursue its rights under applicable state law with respect to the premises 431 East 6th Avenue, Roselle, NJ 07203; and it is further

**ORDERED**, that the instant order is binding in the event of a conversion; and it is further

**ORDERED**, that the co-debtor stay against Eduvijes M Aguilar is lifted pursuant to 11 U.S.C. 1301(c).

**ORDERED**, that the trustee be informed of any surplus monies resulting from the sale of the collateral.

**ORDERED**, that the movant shall serve this order on the debtor, any trustee, and any other party who entered an appearance on the motion.