Form 137 – aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 18−24224−SLM
          Chapter: 13
          Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Guillermo P Aguilar
   431 East 6th Avenue
   Roselle, NJ 07203

Social Security No.:
   xxx−xx−8636

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:      8/18/20
Time:     02:30 PM
Location:   Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Gillman, Bruton & Capone, LLC, Debtor's Attorney,

COMMISSION OR FEES
$2,872.50

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

    ☑   will not reduce the amount to be paid to general unsecured
         creditors under the plan.

    ☐   will reduce the amount to be paid to general unsecured
         creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 22, 2020
JAN:

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Guillermo P Aguilar  
    Debtor

Case No. 18-24224-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3      Date Rcvd: Jul 22, 2020  
                               Form ID: 137      Total Noticed: 66

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2020.

```
db          +Guillermo P Aguilar,    431 East 6th Avenue,    Roselle, NJ 07203-2252
cr          +AMIP Management , LLC,    3020 Old Ranch Parkway, Ste 180,    Seal Beach, CA 90740-2799
cr          +AMIP Management as servicer for Wilmington Savings,    Friedman Vartolo, LLP,
              85 Broad Street, Suite 501,    85 Broad Street, Suite 501,    New York, NY 10004-1734
cr          +Nationstar Mortgage LLC d/b/a Mr. Cooper as servic,    Stern Lavinthal and Frankenberg,
              105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
cr          +Seterus, Inc., as authorized sub-servicer for Fede,    Stern, Lavinthal & Frankenberg, LLC,
              105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
517647805   +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
517647804   +Amex,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
517647807   +Amex/Bankruptcy,    9111 Duke Blvd,    Mason, OH 45040-8999
517647806   +Amex/Bankruptcy,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
517647808   +At&T Universal Citi Card,    Po Box 6500,    Sioux Falls, SD 57117-6500
517647809   +At&T Universal Citi Card,    Po Box 6241,    Sioux Falls, SD 57117-6241
517647810  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
              El Paso, TX 79998)
517705669   +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517647817   +Capital One / Saks F,    3455 Highway 80 W,    Jackson, MS 39209-7202
517647821   +Citibank/Sears,    Po Box 6282,    Sioux Falls, SD 57117-6282
517647820   +Citibank/Sears,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
517647823    Citicards Cbna,    Credit Bureau Dispute Unit,    Sioux Falls, SD 57117
517647822   +Citicards Cbna,    Citi Bank,    Po Box 6077,    Sioux Falls, SD 57117-6077
517697444   +Eduvijes M Aguilar,    431 E 6th Ave.,    Roselle, NJ 07203-2252
517647828    Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
517647829   +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
518299325   +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619094,    Dallas, TX 75261-9094
518299326   +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619094,    Dallas, TX 75261-9741,
              Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619094,    Dallas, TX 75261-9094
517647834  ++SETERUS INC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: Seterus, Inc.,    14523 Sw Millikan Way St,    Beaverton, OR 97005)
517781932  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,    Department of Treasury,
              Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
517647835   +State of New Jersey Division of Taxation,    Revenue Processing Center,    PO Box 111,
              Trenton, NJ 08645-0111
517647836   +Stern, Lavinthal & Frankenberg, LLC,    105 Eisenhower Parkway,    Suite 302,
              Roseland, NJ 07068-1640
517647838   +Suntrust Bank,    1001 Semmes Ave,    Richmond, VA 23224-2245
517647837   +Suntrust Bank,    Attn: Bankruptcy,    Po Box 85092 Mc Va-Wmrk-7952,    Richmond, VA 23285-5092
517647854    TransUnion,    P.O. Box 2000,    Crum Lynne, PA 19022
517647855   +Union County Sheriff,    10 Elizabethtown Plaza,    First Floor,    Elizabeth, NJ 07202-3451
517647857   +Visa Dept Store National Bank/Macy's,    Po Box 8218,    Mason, OH 45040-8218
517647856   +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
517647858  ++WELLS FARGO BANK NA,    1 HOME CAMPUS,    MAC X2303-01A,    DES MOINES IA 50328-0001
             (address filed with court: Wells Fargo Bank,    Attn: Bankruptcy Dept,    Po Box 6429,
              Greenville, SC 29606)
517647861   +Wells Fargo Bank,    Po Box 3117,    Winston Salem, NC 27102-3117
517647860   +Wells Fargo Bank,    Po Box 31557,    Billings, MT 59107-1557
517697446    Wells Fargo Bank, N.A.,    1000 Blue Gentian Road N9286-01Y,    Eagan, MN 55121-7700
518695270   +Wilmington Savings Fund Society, FSB,    AMIP Management,    P.O. Box 2741,
              Seal Beach, CA 90740-1741
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jul 23 2020 00:27:21     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 23 2020 00:27:18     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517647815   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 23 2020 00:35:41     Capital One,
              Po Box 30253,    Salt Lake City, UT 84130-0253
517647814   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 23 2020 00:34:30     Capital One,
              Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517647816   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 23 2020 00:35:40     Capital One / Saks F,
              Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517647824   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 23 2020 00:27:05     Comenity Bank/fortunof,
              Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
517647825   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 23 2020 00:27:05     Comenity Bank/fortunof,
              Po Box 182789,    Columbus, OH 43218-2789
517647827    E-mail/Text: mrdiscen@discover.com Jul 23 2020 00:26:31     Discover Financial,    Po Box 15316,
              Wilmington, DE 19850
517647826   +E-mail/Text: mrdiscen@discover.com Jul 23 2020 00:26:31     Discover Financial,    Po Box 3025,
              New Albany, OH 43054-3025
```

```
District/off: 0312-2          User: admin              Page 2 of 3                Date Rcvd: Jul 22, 2020
                              Form ID: 137             Total Noticed: 66


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517647830      E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 23 2020 00:26:52      Internal Revenue Service (IRS),
               Department of Treasury,    P.O. Box 7346,   Philadelphia, PA 19101-7346
517647818      E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 23 2020 00:22:38      Chase Card Services,
               Correspondence Dept,    Po Box 15298,   Wilmington, DE 19850
517647819      E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 23 2020 00:23:01      Chase Card Services,
               Po Box 15298,   Wilmington, DE 19850
517647831     +E-mail/Text: bncnotices@becket-lee.com Jul 23 2020 00:26:41      Kohls/Capital One,
               Kohls Credit,    Po Box 3120,   Milwaukee, WI 53201-3120
517647832     +E-mail/Text: bncnotices@becket-lee.com Jul 23 2020 00:26:41      Kohls/Capital One,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
517647841     +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2020 00:22:32      Syncb/Lord & Taylor,
               Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
517647842     +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2020 00:22:32      Syncb/Lord & Taylor,
               Po Box 965015,   Orlando, FL 32896-5015
517647839     +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2020 00:22:55      Syncb/lenscrafters,
               Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
517647840     +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2020 00:22:11      Syncb/lenscrafters,
               C/o Po Box 965036,   Orlando, FL 32896-0001
517647843     +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2020 00:22:56      Synchrony Bank/ JC Penneys,
               Attn: Bankruptcy Dept,    Po Box 965060,   Orlando, FL 32896-5060
517647845     +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2020 00:22:33      Synchrony Bank/ JC Penneys,
               Po Box 965007,   Orlando, FL 32896-5007
517647847     +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2020 00:22:57      Synchrony Bank/ Old Navy,
               Attn: Bankruptcy Dept,    Po Box 965060,   Orlando, FL 32896-5060
517647848     +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2020 00:22:56      Synchrony Bank/ Old Navy,
               Po Box 965005,   Orlando, FL 32896-5005
517647849     +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2020 00:22:33      Synchrony Bank/Gap,
               Attn: Bankruptcy Dept,    Po Box 965060,   Orlando, FL 32896-5060
517647850     +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2020 00:22:33      Synchrony Bank/Gap,
               Po Box 965005,   Orlando, FL 32896-5005
517647851     +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2020 00:22:32      Synchrony Bank/Lowes,
               Po Box 965005,   Orlando, FL 32896-5005
517647852     +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2020 00:22:12      Synchrony Bank/PC Richard,
               Attn: Bankruptcy Dept,    Po Box 965060,   Orlando, FL 32896-5060
517647853     +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2020 00:22:33      Synchrony Bank/PC Richard,
               C/o Po Box 965036,   Orlando, FL 32896-0001
517757245     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 23 2020 00:35:22      Verizon,
               by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 28

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517647811*    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Attn: Bankruptcy,   Po Box 982238,
                El Paso, TX 79998)
517647812*    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Po Box 982238,   El Paso, TX 79998)
517647813*    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Po Box 982238,   El Paso, TX 79998)
517743193*    ++SETERUS INC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Seterus, Inc.,    P.O. Box 1047,   Hartford, CT 06143)
517647844*     +Synchrony Bank/ JC Penneys,    Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
517647846*     +Synchrony Bank/ JC Penneys,    Po Box 965007,   Orlando, FL 32896-5007
517647859*    ++WELLS FARGO BANK NA,    1 HOME CAMPUS,   MAC X2303-01A,   DES MOINES IA 50328-0001
               (address filed with court: Wells Fargo Bank,    Attn: Bankruptcy Dept,   Po Box 6429,
                Greenville, SC 29606)
518695271*     +Wilmington Savings Fund Society, FSB,    AMIP Management,   P.O. Box 2741,
                Seal Beach, CA 90740-1741
517647833    ##+Seterus, Inc.,   Attn: Bankruptcy,   Po Box 1077,   Hartford, CT 06143-1077
                                                                                 TOTALS: 0, * 8, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-2          User: admin               Page 3 of 3            Date Rcvd: Jul 22, 2020
                              Form ID: 137              Total Noticed: 66
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               cmecf@sternlav.com
              Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc., as authorized sub-servicer for
               Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under
               the laws of the United States of America cmecf@sternlav.com
              Jonathan C. Schwalb    on behalf of Creditor    AMIP Management as servicer for Wilmington Savings
               Fund Society, FSB as Owner Trustee of the Residential Credit Opportunities Trust V-E
               bankruptcy@friedmanvartolo.com
              Justin M Gillman    on behalf of Debtor Guillermo P Aguilar ecf@gbclawgroup.com,
               R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com
              Maria Cozzini    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for
               Federal National Mortgage Association mcozzini@sternlav.com
              Maria Cozzini    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               mcozzini@sternlav.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11
```