| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Gillman, Bruton & Capone, LLC | **Order Filed on August 18, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| Justin Gillman, Esq.<br>770 Amboy Avenue<br>Edison, NJ 08837<br>(732) 661-1664 | |
| In Re:<br><br>Guillermo Aguilar | Case No.: 18-24224-SLM<br><br>Chapter: 13<br><br>Judge: Stacey Meisel, U.S.B.J. |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 18, 2020**

*Stacey L. Meisel* (signature)
Honorable Stacey L. Meisel
United States Bankruptcy Judge

4820-3874-6563, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Justin Gillman _____ , the applicant, is allowed a fee of $___2,872.50___ for services rendered and expenses in the amount of $_____0_____ for a total of $___2,872.50___. The allowance is payable:

☒ $__2,872.50__ through the Chapter 13 plan as an administrative priority.

☒ $_____0_____ outside the plan.

The debtor's monthly plan is modified to require a payment of $___879.00___ per month for ___36___ months to allow for payment of the above fee.

*rev.8/1/15*

2

4820-3874-6563, v. 1